BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
DANIEL P. O'DONNELL, State Bar No. 177872
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5810
  Fax: (916) 324-5205

Attorneys for Defendants Hirschler, Finn, Moore, Cook
SA2004101589

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ORZELL LONG,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,**<br><br>Defendants. | CASE NO. CIV S-04-0881 DFL PAN<br><br>**JOINT STIPULATION TO EXTEND DISCOVERY RELATED TO EXPERT WITNESSES AND THE DISCOVERY CUT-OFF DATES AND ORDER THEREIN** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

JOINT STIPULATION

1

1   The parties hereby stipulate to extend the discovery cut off dates, as it is related to
2   expert witnesses, to August 19, 2005, with supplemental expert disclosures due September 2,
3   2005.  This extension is necessary for Defendants to secure an appropriate expert to examine
4   Plaintiff's medical condition.

DATED:   08/05/2005

/s/
_____
DANIEL P. O'DONNELL
Deputy Attorney General
Attorney for Defendants

DATED: 08/05/2005

/s/
_____
BEREHANU H. CHALLA
Attorney for Plaintiff

IT IS SO ORDERED:

DATED: August 15, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION
2

04cv881.o.wpd