IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORZELL LONG, | CIV. NO. S-04-881 DFL EFB |
|     Plaintiff, | |
|   v. | ORDER RE DISPOSITION AFTER <u>NOTIFICATION OF SETTLEMENT</u> |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
|     Defendants. | |

The court has been advised by plaintiff's counsel, Berehanu H. Challa, Esq., that this action has been settled. Therefore, it is not necessary that the action remain upon the court's active calendar.

Accordingly, IT IS ORDERED:

1. That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than December 20, 2006; and

//

//

1

        2.  That all hearing dates previously set in this matter are vacated.

        IT IS SO ORDERED.

Dated:  December 1, 2006


                                /s/ David F. Levi
                                DAVID F. LEVI
                                United States District Judge

2